00-242

Mon Jul  7 14:55:28 2003

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 92606
Cashier            nina

Tender Type  CHECK

Check Number: 47043

Transaction Type   AR

DØ Code    Div No      Acct
 4667         3        5100PL

Amount              $   3.02

DAUPHIN COUNTY PRISON, 501 MALL RD.
HARRISBURG, PAS  17111-1202

PART FF/00-0242/JUNAI CARTER

cn