```
11/12/03                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                        1

TRNS-ADJ         DATE      FUND      CASE NO        DEF           AMOUNT
*********************************************************************************
80300382301.    11/12/03   6855XX    3:03-OP-1       1            -15.73
80300382302.    11/12/03   0869PL                    0             15.73
80300382401.    11/12/03   6855XX    3:03-OP-1       1            -89.64
80300382402.    11/12/03   0869PL                    0             10.00
80300382403.    11/12/03   0869PL                    0              7.08
80300382404.    11/12/03   5100PL                    0              8.66
80300382405.    11/12/03   5100PL                    0             28.24
80300382406.    11/12/03   5100PL                    0             18.26
80300382407.    11/12/03   0869PL                    0             10.32
80300382408.    11/12/03   0869PL                    0             -7.20
80300382501.    11/12/03   6855XX    3:03-OP-1       1              3.60
80300382502.    11/12/03   5100PL                    0              3.60
80300382503.    11/12/03   5100PL                    0            -20.00
80300382601.    11/12/03   6855XX    3:03-OP-1       1             10.00
80300382602.    11/12/03   5100PL                    0             10.00
80300382603.    11/12/03   5100PL                    0           -148.28
80300382701.    11/12/03   6855XX    3:03-OP-1       1             14.65
80300382702.    11/12/03   5100PL                    0              5.19
80300382703.    11/12/03   5100PL                    0              4.91
80300382704.    11/12/03   5100PL                    0             60.98
80300382705.    11/12/03   5100PL                    0             14.06
80300382706.    11/12/03   0869PL                    0              9.04
80300382707.    11/12/03   0869PL                    0              5.00
80300382708.    11/12/03   0869PL                    0             20.81
80300382709.    11/12/03   0869PL                    0              3.46
80300382710.    11/12/03   5100PL                    0              5.24
80300382711.    11/12/03   0869PL                    0              4.94
80300382712.    11/12/03   5100PL       SCRANTON                   

                                                    DIVISION TOTAL    0.00
```

*Handwritten:* Rec # 94237   $10.00   00cv242   Carter Partial FF

FILED
SCRANTON
NOV 10 2003
PER [signature]
DEPUTY CLERK