00-40
00-242

FILED
SCRANTON

DEC 0 5 2003

PER _____ DEPUTY CLERK

```
Fri Dec  5 10:50:58 2003

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.  333 94555
Cashier       nina

Check Number: 47703

D0 Code    Div No
 4667       3

Sub Acct Type Tender      Amount
1:5100PL  AR    2          20.00
2:5100PL  AR    2          20.00

Total Amount          $    40.00

DAUPHIN COUNTY PRISON, HARRISBURG, P
A  171111

JUNAI CARTER/00-0040/00-0242
```