00-0040
00-0242 ✓

```
Amount:     4.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667



Wed Feb 11 10:14:36 2004

    UNITED STATES DISTRICT COURT

        SCRANTON    , PA

Receipt No.   333 95447
Cashier       gina

Check Number: 48004

D0 Code    Div No
 4667        3

Sub Acct Type Tender     Amount
0:5100PL  AR    2        12.00
1:5100PL  AR    2        12.00

Total Amount       $     24.00

DAUPHIN COUNTY PRISON, HARRISBURG, PA

  PART FF/00-0040/JUNAI CARTER/00-242/
JUANI CARTER




             cn
```

FILED
SCRANTON

FEB 1 1 2004

MARY E. D'ANDREA, CLERK
Per_____
         DEPUTY CLERK